# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 55 WM 2014
EX REL., VINCENT DELA CERNA, A :
CAPPELLA, :
:
            Petitioner :
:
:
:
      v. :
:
:
:
STEPHEN A. ZAPPALA, JR., DISTRICT :
ATTORNEY; ELLIOTT C. HOWSIE, :
PUBLIC DEFENDER; W. TERRENCE :
O'BRIEN, JUDGE, CIVIL DIVISION; :
BRIAN V. COLEMAN, GOALER, SCI- :
FAYETTE, WARDEN, :
:
           Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**. The Prothonotary is instructed to **STRIKE** the name of the jurist from the caption.